UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAMONT DWAYNE LOMACK,

Plaintiff,

v.

SANTA RITA ALAMEDA COUNTY JAIL,

Defendant.

Case No. 26-cv-00907-EKL

**ORDER OF DISMISSAL**

Plaintiff, a former detainee, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On April 20, 2026, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the filing. ECF No. 7. The time to file an amended complaint has passed and Plaintiff has not submitted an amended complaint or otherwise communicated with the Court. The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____
Eumi K. Lee
United States District Judge

United States District Court
Northern District of California